

# Fourth Court of Appeals
## San Antonio, Texas

July 5, 2018

No. 04-18-00097-CR

Ruben Gian Antonio **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5998W
Honorable Joey Contreras, Judge Presiding

# O R D E R

On June 29, 2018, Appellant's court-appointed appellate counsel filed an *Anders* brief and a motion to withdraw. *See Anders v. California*, 386 U.S. 738, 744 (1967); *High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). In counsel's certification to this court, Appellant's counsel explained that he took the following steps:

(1)     notified Appellant that counsel filed an *Anders* brief and a motion to withdraw, and provided Appellant with a copy of the documents,

(2)     advised Appellant of his right to review the appellate record and to file a pro se brief, and

(3)     provided Appellant with a printed copy of the appellate record.

*See Kelly v. State*, 436 S.W.3d 313, 318–20 (Tex. Crim. App. 2014); *Ex parte Owens*, 206 S.W.3d 670, 674 n.28 (Tex. Crim. App. 2006); *Meza v. State*, 206 S.W.3d 684, 688–89 (Tex. Crim. App. 2006).

The State filed a letter conditionally waiving its right to file a brief.

Appellant's pro se brief is due THIRTY DAYS from the date of this order. *See* TEX. R. APP. P. 38.6(a).

If Appellant files a pro se brief, the State may file a responsive brief within THIRTY DAYS after Appellant's pro se brief is filed in this court. *See id.* R. 38.6(b).

If this court determines Appellant's appeal is frivolous, Appellant may file a petition for discretionary review with the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.4. Appellant must file the petition with the Clerk of the Court of Criminal Appeals within thirty days after this court issues its judgment. *See* TEX. R. APP. P. 68.2(a). The petition should be addressed to Clerk of the Court of Criminal Appeals, P.O. Box 12308, Austin, Texas 78711.

Counsel's motion to withdraw is held in abeyance pending further order of this court.



Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of July, 2018.

KEITH E. HOTTLE,
Clerk of Court